# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140322(53)

WILLIAM POLLARD,
          Plaintiff-Appellant,

v                                         SC: 140322
                                          COA: 288851
                                          Wayne CC: 07-729771-NI
SUBURBAN MOBILITY AUTHORITY for
REGIONAL TRANSPORTATION, d/b/a
SMART,
          Defendant-Appellee.
_____


On order of the Chief Justice, the motion by Michigan Defense Trial Counsel for extension of the time for filing its brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk